

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICKY NATHANIEL WASHINGTON, | § | No. 08-20-00150-CR |
| Appellant, | § | Appeal from the |
| v. | § | 27th District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 76481) |

## J U D G M E N T

The Court has considered this cause on Appellant's Motion to Dismiss Appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore grant Appellant's motion to dismiss and dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF SEPTEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.